**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § | |
| **v.** | § § § § | **CASE NO. 1:12-CR-00116-2 (BAH)** |
| **AGUSTIN FLORES APODACA** | § § | |
| Defendant. | § | |

## MOTION TO WITHDRAW AS COUNSEL

David Benowitz moves this Honorable Court to withdraw as counsel for the defendant. In support of this motion, counsel states the following:

Counsel entered his appearance on behalf of Mr. Apodaca on October 21, 2015. Since then circumstances have arisen that make representation of Mr. Apodaca by counsel impossible.

WHEREFORE, counsel respectfully requests that the Court grant this Motion to Withdraw as Counsel.

Respectfully submitted,

/s/
David Benowitz
Bar # 17672
*Counsel for Agustin Flores Apodaca*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
Office: (202) 417-6000
Mobile: (202) 271-5249
Fax: (202) 664-1331

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 19th day of November, 2015, I caused a true and correct copy of the foregoing Motion To Withdraw as Counsel to be delivered via ECF to Assistant United States Attorneys Amanda Liskamm and Andrea Goldbarg.

                                                _____/s/_____
                                                 David Benowitz